JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 650 -- In re The Commons, Ltd. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/05/28 | 1 | MOTION, BRIEF, SCHEDULE AND CERT. OF SVC. -- Deft. Ohio Citizens Bank -- SUGGESTED TRANSFEREE DISTRICT: NORTHERN DISTRICT OF OHIO; SUGGESTED TRANSFEREE JUDGE: ? (rh) |
| 85/06/07 | | APPEARANCES -- JOHN H. BOGGS, ESQ. for S. Scott Bleckner, et al.; GARY D. GREENWALD, ESQ. for Ruth G. Dingledy, et al.; RONALD S. MOENING, ESQ. for Christopher G. Palans, M.D.; THOMAS G. ZRAIK, ESQ. for James Curtin; JOHN W. HUST, ESQ. for Shumaker, Loop & Kendrick; ALAN L. BRIGGS, ESQ. for The Ohio Co.; REGINA M. JOSEPH, ESQ. for Robert Wysocki, Marvin Rorick, Richard Flasck, Richard Sanderson and Paul Hart; THOMAS M. TAGGART, ESQ. for Murphey, Young & Smith (Third-party Defts.) (ds) THOMAS PALMER, ESQ. for Ohio Citizens Bank (ds) |
| 85/06/10 | | HEARING ORDER -- setting motion for transfer for Panel hearing on July 11, 1985 in Boston, Massachusetts (emh) |
| 85/06/10 | | APPEARANCE: STEVEN LEE SMITH, ESQ. for Robert Wysocki, Marvin Rorick, Richard Sanderson, Richard Flasck (cds) |
| 85/06/10 | 2 | RESPONSE -- Shumaker, Loop & Kendrick -- w/cert. of service (cds) |
| 85/06/12 | 3 | RESPONSE -- The Ohio Co. w/cert. of svc. (ds) |
| 85/06/12 | 4 | BRIEF -- S. Scott Bleckner, et al. w/cert. of svc. (ds) |
| 85/06/13 | 5 | RESPONSE -- Ruth G. Dingledy, et al. w/cert. of svc. (ds) |
| 85/06/19 | 6 | REQUEST FOR EXTENSION OF TIME -- Ohio Citizens Bank -- GRANTED TO AND INCLUDING JUNE 20, 1985 to Ohio Citizens Bank -- Notified involved counsel. (ds) |
| 85/06/20 | 7 | RESPONSE -- Ohio Citizens Bank w/cert. of svc. (ds) |
| 85/07/10 | | ALL WAIVER OF ORAL ARGUMENT (rh) |
| 85/08/30 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Nicholas J. Walinski, N.D., signed by J. Battisti (ds) |
| 85/08/30 | | TRANSFER ORDER -- transferring A-2 to the Northern District of Ohio for pretrial proceedings, pursuant to 28 U.S.C. §1407 -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 650 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re The Commons, Ltd. Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 11, 1985 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 30, 1985 | TO | Unpublished | N.D. Ohio 647 | Nicholas J. Walinski | |

**Special Transferee Information**

DATE CLOSED: _____

Fisher, jurgen
Toledo
419-259-6415

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 650 -- In re The Commons, Ltd. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | S. Scott Bleckner, et al. v. The Ohio Company, et al. | Ohio,N. Walinski | C85-7027 | | | 2/25/88 | |
| A-2 | Ruth G. Dingledy, et al. v. Shumaker, Loop & Kendrick, et al. | Ohio,S. ~~Duncan~~ Weber | C2-85-52 | 8/30/85 | 85-???-3 | 2/25/88D | |
| XYZ-3 | S. Scott Bleckner v. Michael W. Ducey | Ohio,N. | Bkcy. Ct. | | 85-8066 | 4/25/88D | transferred from Bkcy Ct. on 11/20/85 (XYZ 3 & 4) |
| XYZ-4 | Ruch G. Dingledy v. Michael W. Ducey | Ohio, N. | Bkcy. Ct. | | 85-8067 | 4/25/88D | |

July 1986 - 1 TR/3 XYZ/4 Pdg.
July 1987 - Same
July 1988 - 4 Dis/ Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 650 -- In re The Commons, Ltd. Securities Litigation

---

S. SCOTT BLECKNER, ET AL. (A-1)
John H. Boggs, Esquire
Roger Paul Klee, Esquire
Boggs, Boggs & Boggs Co., L.P.A.
413 Michigan Street
Post Office Box 2303
Toledo, Ohio 43603

RUTH G. DINGLEDY, ET AL. (A-2)
Gary D. Greenwald, Esquire
Schottenstein, Rox & Dunn
41 South High Street
The Huntington Cneter
25th Floor
Columbus, Ohio 43215

CHRISTOPHER G. PALANS, M.D.
Ronald S. Moening, Esquire
Robison, Curphey & O'Connell
Ninth Floor
Four SeaGate
Toledo, Ohio 43604

JAMES CURTIN
REVESCO, LTD.
Thomas C. Zraik, Esquire
1001 First Federal Plaza
701 Adams Street
Toledo, Ohio 43624

SHUMAKER, LOOP & KENDRICK
John W. Hust, Esquire
Rendigs, Fry, Kiely & Dennis
900 Central Trust Tower
4th & Vine Streets
Cincinnati, Ohio 45202

THE OHIO COMPANY
Alan L. Briggs, Esquire
Murphey, Young & Smith
250 East Broad Street
Columbus, Ohio 43215

PAUL HART
Regina M. Joseph, Esquire
Fuller & Henry
1200 Edison Plaza
300 Madison Avenue
Post Office Box 2088
Toledo, Ohio 43603

Third-Party Defendant

MURPHEY, YOUNG & SMITH
Thomas M. Taggart, Esquire
Vorys, Sater, Seymour & Pease
52 E. Gay Street
Post Office Box 1008
Columbus, Ohio 43216

OHIO CITIZENS BANK
Thomas Palmer, Esquire
Marshall & Melhorn
Four SeaGate
Eighth Floor
Toledo, Ohio 43604

THE COMMONS, LTD.
_____ (No app. rec'd)
(Unable to determine counsel or address)

ROBERT J. WYSOCKI
MARVIN H. RORICK
RICHARD J. SANDERSON
RICHARD A. FLASCK
Steven Lee Smith, Esq.
Matan & Smith
261 South Front Street
Columbus, OH 43215

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 650 -- In re The Commons, Ltd. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| R. Michael Curtin | A-1, A-2 |
| The Ohio Company | A-1 |
| The Commons, Ltd. | A-1, A-2 |
| Revesco, Limited | A-1, A-2 |
| James J. Curtin | A-1, A-2 |
| Robert J. Wysocki | A-1, A-2 |
| Paul J. Hart | A-1, A-2 |
| Richard J. Sanderson | A-1, A-2 |
| Marvin H. Rorick, Jr. | A-1, A-2 |
| Richard A. Flasck | A-1, A-2 |
| Christopher G. Palans | A-1, |

p. 2

| | |
|---|---|
| Ohio Citizens Bank | A-1, A-2 |
| Shumaker, Loop & Kendrick | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

p. 2